

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2018

No. 04-18-00682-CV

**IN RE** Reina **S.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Relator filed a petition for writ of mandamus in this court on September 24, 2018. The court requested a response, ordering it to be filed on or before November 8, 2018. The attorney ad litem for the children, one of the real parties in interest, filed a motion for extension of time to file a response. On November 13, 2018, the attorney ad litem for the children filed a response. Accordingly, we **GRANT** the motion for extension of time and **ORDER** the response deemed filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and the trial court.

It is so **ORDERED** on this 14th day of November, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01865, styled *In the Interest of J.J.R.S. and L.J.R.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Charles E. Montemayor, Associate Judge, signed the order at issue in this original proceeding.